In re SMITH. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) In the matter of petition of William Smith for an order revoking and canceling liquor tax certificate No. 26,152, issued to Stephen R. Ryan.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant, within 20 days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided in rule 41, and pay to the respondent's attorney $10 costs of this motion, in which event said motion is denied.